Paul Eddie WEAVER *v.* STATE of Arkansas

CR 97-146                                        938 S.W.2d 234

Supreme Court of Arkansas
Opinion delivered February 24, 1997

*Larry Hartsfield*, for appellant.

No response.

PER CURIAM. The appellant, Paul Eddie Weaver, has filed a motion for rule on the clerk. His attorney, Larry Hartsfield, accepts responsibility for failing to file a timely notice of appeal.

We treat this motion as one for belated appeal and grant the motion. Failure on the part of counsel to perfect an appeal for a criminal defendant who wishes to appeal constitutes good cause for granting a belated appeal. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.